# United States District Court

## EASTERN DISTRICT OF LOUISIANA

RECEIVED
UNITED STATES MARSHAL
2019 JUL 26 AM 9:30
EASTERN DISTRICT OF
LOUISIANA

**RETURN**

UNITED STATES OF AMERICA

v.

**WARRANT FOR ARREST**

TYRONE JOSEPH BANKS
10501 Curran Blvd, Apt 17 H
New Orleans, LA 70127

CASE NUMBER: CR 17-129 "H"

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Tyrone Joseph Banks** and bring him forthwith to the nearest magistrate judge to answer a(n)

( ) Indictment  ( ) Information  ( ) Complaint  ( ) Order of Court  ( ) Probation Violation Petition  (X) Supervised Release Violation Petition  ( ) Violation Notice

charging him with Violations of Supervised Release.

**WILLIAM W. BLEVINS**
Name of Issuing Officer

**CLERK**
Title of Issuing Officer

Signature of Issuing Officer

**July 25, 2019   New Orleans, Louisiana**
Date and Location

(By) Deputy Clerk

Bail fixed at $_____  by _____
                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____
_____